Wood, Smith, Henning & Berman LLP
TIMOTHY J. REPASS, OSB #126069
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971-256-4010
Facsimile: 971-275-1928
trepass@wshblaw.com

Attorneys for Grand Cafe, Inc. dba Aladdin's
Café, Diyana Kassab, and Mutasim Khan

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FRANCISCO RAMIREZ,** and **KARLA CAAMAL,** individuals,<br><br>Plaintiffs,<br>v.<br><br>**GRAND CAFE, INC.,** an Oregon business corporation, doing business as **ALADDIN'S CAFE, DIYANA KASSAB,** individual, and **MUTASIM KHAN,** individual,<br><br>Defendants. | Case No. 3:18-cv-1480<br><br>STIPULATION FOR ENTRY OF GENERAL JUDGMENT OF DISMISSAL |

IT IS HEREBY AGREED AND STIPULATED by and between plaintiffs, Francisco Ramirez and Karla Caamal, and defendants, Grand Cafe, Inc. dba Aladdin's Café, Diyana Kassab, and Mutasim Khan, through their respective counsel, as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismiss this litigation with prejudice.

2. The parties further stipulate that each party shall bear their own costs of suit and fees, including any attorneys' fees.

3. Notwithstanding the dismissal of this action, the parties hereby stipulate and respectfully request that the United States District Court – District of Oregon, Portland Division,

retain jurisdiction to oversee compliance with the terms of the Settlement Agreement and to any motions to modify such terms. See, *Kokkonen v. Guardian Life Ins. Co. of America* (1994) 511 U.S. 375.

**IT IS SO STIPULATED:**

| | |
|---|---|
| **WOOD, SMITH, HENNING & BERMAN, LLP** | **NORTHWEST WORKERS JUSTICE PROJECT** |
| By: /s/ Timothy J. Repass<br>TIMOTHY J. REPASS, OSB #126069<br>trepass@wshblaw.com<br>Attorneys for defendants, Grande Café, Inc. dba Aladdin's Café, Diyana Kassab, and Mutasim Khan | By: /s/ Corinna Spencer-Scheurich<br>CORINNA SPENCER-SCHEURICH, OSB #130147<br>corinna@nwjp.org<br>Attorneys for plaintiffs, Francisco Ramirez and Karla Caamal |
| Dated: 8/19/19 | Dated: 8/19/19 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the undersigned is a citizen of the United States and a resident of the State of Washington, living in said state, over the age of eighteen (18) years, not a party to, and competent to be a witness in this action; that on this date the undersigned caused to be served on counsel of record as shown below, in the manner indicated, a true and correct copy of the foregoing document.

**Attorney for Plaintiffs:**
Corinna Spencer-Scheurich
corinna@nwjp.org
Northwest Justice Workers' Justice Project
812 SW Washington, Suite 1100
Portland, OR 97205
(X) E-Mail
(X) CM/ECF Filing

**Attorney for Plaintiffs:**
D. Michael Dale
michaeldale@dmichaeldale.net
Law Office of D. Michael Dale
PO Box 1032
Cornelius OR 97113

(X) E-Mail
(X) CM/ECF Filing

**Defendant:**
Mutasim Khan
16495 SW Marcile Lane
Beaverton, OR 97007

(X) U.S. Mail

DATED this 19th day of August, 2019.

Michelle A. Davidson
Legal Assistant
mdavidson@wshblaw.com