Wood, Smith, Henning & Berman LLP
TIMOTHY J. REPASS, OSB #126069
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971-256-4010
Facsimile: 971-275-1928
trepass@wshblaw.com

Attorneys for Grand Cafe, Inc. dba Aladdin's
Café, Diyana Kassab, and Mutasim Khan

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FRANCISCO RAMIREZ,** and **KARLA CAAMAL,** individuals, | Case No. 3:18-cv-1480 |
| Plaintiffs, | [PROPOSED] GENERAL JUDGMENT OF DISMISSAL |
| v. | |
| **GRAND CAFE, INC.,** an Oregon business corporation, doing business as **ALADDIN'S CAFE, DIYANA KASSAB,** individual, and **MUTASIM KHAN,** individual, | |
| Defendants. | |

Pursuant to Stipulation of the parties, the litigation entitled <u>Ramirez, et al. v. Grande Café, Inc., et al.</u>, Case No. 3:18-cv-1480, is hereby dismissed, with prejudice, and without an award of costs or attorneys' fees to any party. The United States District Court – District of Oregon, Portland Division, shall retain jurisdiction to oversee compliance with the terms of the Settlement Agreement and to any motions to modify such terms. *See, Kokkonen v. Guardian Life Ins. Co. of America* (1994) 511 U.S. 375.

LEGAL:10453-0758/12536188.1
**GENERAL JUDGMENT OF DISMISSAL**                                                                 Page 1

DATED: August ___, 2019


                                                        _____

JUDGE OF THE UNITED STATES DISTRICT
COURT - DISTRICT OF OREGON, PORTLAND
DIVISION


Presented by:

WOOD SMITH HENNING & BERMAN, LLP


By   /s/ Timothy J. Repass  _____
    Timothy J. Repass, OSB No. 126069
    trepass@wshblaw.com
    Attorneys for Defendants Grand Cafe, Inc.
    dba Aladdin's Café, Diyana Kassab, and Mutasim Khan

**NORTHWEST WORKERS JUSTICE PROJECT**


By:  /s/ Corinna Spencer-Scheurich  _____
    CORINNA SPENCER-SCHEURICH,
    OSB #130147
    corinna@nwjp.org
    Attorneys for Plaintiffs, Francisco Ramirez
    and Karla Caamal