Wood, Smith, Henning & Berman LLP
TIMOTHY J. REPASS, OSB #126069
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971-256-4010
Facsimile: 971-275-1928
trepass@wshblaw.com

Attorneys for Grand Cafe, Inc. dba Aladdin's
Café, Diyana Kassab, and Mutasim Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FRANCISCO RAMIREZ**, and **KARLA CAAMAL**, individuals,<br><br>Plaintiffs,<br>v.<br><br>**GRAND CAFE, INC.**, an Oregon business corporation, doing business as **ALADDIN'S CAFE**, **DIYANA KASSAB**, individual, and **MUTASIM KHAN**, individual,<br><br>Defendants. | Case No. 3:18-cv-01480-SB<br><br>GENERAL JUDGMENT OF DISMISSAL |

Pursuant to Stipulation of the parties, the litigation titled <u>Ramirez et al. v. Grand Café, Inc., et al.</u>, Case No. 3:18-cv-01480-SB, is hereby dismissed, with prejudice, and without an award of costs or attorneys' fees to any party. The United States District Court – District of Oregon, Portland Division, shall retain jurisdiction to oversee compliance with the terms of the Settlement Agreement and to any motions to modify such terms. *See, Kokkonen v. Guardian Life Ins. Co. of America* (1994) 511 U.S. 375.

DATED: August 23, 2019

_____
Stacie F. Beckerman
U.S. Magistrate Judge

Presented by:

WOOD SMITH HENNING & BERMAN, LLP

By  /s/ Timothy J. Repass_____
    Timothy J. Repass, OSB No. 126069
    trepass@wshblaw.com
    Attorneys for Defendants Grand Cafe, Inc.
    dba Aladdin's Café, Diyana Kassab, and Mutasim Khan

**NORTHWEST WORKERS JUSTICE PROJECT**

By:  /s/ Corinna Spencer-Scheurich_____
    CORINNA SPENCER-SCHEURICH,
    OSB #130147
    corinna@nwjp.org
    Attorneys for Plaintiffs, Francisco Ramirez
    and Karla Caamal